UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:18-CV-00433-D

| | |
|---|---|
| MICHAEL CARMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PAULA DANCE, in her official capacity as ) | |
| the Pitt County Sheriff; and TRAVELERS ) | |
| CASUALTY AND SURETY COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

THIS CAUSE came before the undersigned on Defendants' Motion for Leave to Manually File an Exhibit in Support of their Joint Motion for Summary Judgment, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Section V(A)(2)(b) of the Electronic Case Filing Administrative Policies and Procedures Manual. Based upon the matters and arguments submitted by counsel, it appears to the undersigned that Defendants' Motion should be granted.

IT IS THEREFORE ORDERED that Defendants have leave to manually file a flash drive containing the surveillance video referenced in Defendants' Motion for Leave as an exhibit in support of their Joint Motion for Summary Judgment.

SO ORDERED. This the 10 day of July 2020.

_____
**JAMES C. DEVER III**
**United States District Judge**