UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL CARMON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAULA DANCE, PITT COUNTY, )<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA, and JOHN DOE, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:18-CV-433-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on November 11, 20218, plaintiff filed and Amended Complaint and terminated John Doe as a party.

**IT IS FURTHER ORDERED** that on February 26, 2019, the court GRANTED IN PART defendants' motion to dismiss [D.E. 26], DISMISSED Carmon's Title VII retaliation claim, and DISMISSED Pitt County from the action.

**IT IS FURTHER ORDERED** that the court GRANTS defendants' motion for summary judgment [D.E. 49]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on January 22, 2021, and Copies To:**

| | |
|---|---|
| James E. Haiston, Jr. | (via CM/ECF electronic notification) |
| Frederick Hughes Bailey, III | (via CM/ECF electronic notification) |
| Scott C. Hart | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>January 22, 2021 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Sellers<br>Deputy Clerk |